UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARIALINA T TILLMAN,**

   Plaintiff,

v.                                                    **No. 4:23-cv-00443-P**

**AMERICREDIT FINANCIAL SERVICES INC.,**

   Defendant.

## ORDER

   This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 19), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

   **SO ORDERED** on this **29th day of August 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE